

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. WR-88,857-01

### EX PARTE REBECA RENTERIA, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 58-14-B(A) IN THE 25TH DISTRICT COURT
### FROM GONZALES COUNTY

*Per curiam.*

## O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of injury to a child and sentenced to life imprisonment. The Thirteenth Court of Appeals affirmed her conviction. *Renteria v. State*, No. 13-15-00574-CR (Tex. App. Corpus Christi-Edinburg Aug. 3, 2017)(not designated for publication).

On September 12, 2018, this Court remanded this application to the trial court for findings of fact and conclusions of law. The trial court signed findings of fact and conclusions of law that were based on the affidavit from trial counsel. The trial court recommended that relief

be denied.

Based on the trial court's findings of fact as well as this Court's independent review of the entire record, we deny relief.

Filed: February 27, 2019
Do not publish